445 A.2d 213

Commonwealth v. Miller, Appellant.

Submitted March 11, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

445 A.2d 213

Commonwealth v. Mohler, Appellant.

Submitted September 10, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence is affirmed.